# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156458(68)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES DAVID URBAN,
      Defendant-Appellant.

SC: 156458
COA: 332734
Eaton CC: 15-020176-FH

_____/

    On order of the Court, the motion to strike ex parte affidavit is DENIED.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2018



Clerk

s1009